IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00563-WJM-CBS

MICHAEL ARAGON, on behalf of himself and all similarly situated persons,

   Plaintiff,

v.

SELECT ENERGY SERVICES, L.L.C., a Delaware limited liability company,

   Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own attorneys' fees and costs. A proposed Order is being submitted herewith.

WHEREFORE, the parties request that this Court dismiss this action with prejudice, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted this 25th day of October, 2016.

| | |
|---|---|
| *s/ Brian D. Gonzales* | *s/ Michelle B. Muhleisen* |
| Brian D. Gonzales | Austin E. Smith |
| THE LAW OFFICES OF BRIAN D. GONZALES, PLLC | Michelle B. Muhleisen |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 242 Linden Street | 1700 Lincoln Street, Suite 4650 |
| Fort Collins, Colorado 80524 | Denver, Colorado 80203 |
| Telephone: (970) 214-0562 | Telephone: (303) 764-6800 |
| BGonzales@ColoradoWageLaw.com | austin.smith@ogletreedeakins.com |
| | michelle.muhleisen@ogletreedeakins.com |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANT |